**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SUSANA LOZADA, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Case No.: 1:15-cv-02170-RRM-RLM |
| | ) |
| LEXINGTON LAW FIRM, | ) |
| | ) |
| Defendant | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: July 17, 2015    BY: */s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
Attorney ID #2790038
Kimmel & Silverman, P.C
1001 Avenue of the Americas, 12th Floor
New York, NY 10018
Phone: (212) 719-7543
Facsimile: (877) 617-2515
Email: kimmel@creditlaw.com
Attorney for Plaintiff

## Certificate of Service

I hereby certify that on this 17th day of July, 2015, a true and correct copy of the foregoing pleading served via mail to the below:

Timothy W. Emery, Esq.
EmeryReddy
600 Stewart Street
Suite 1100
Seattle, WA 98101
emeryt@emeryreddy.com

*/s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
Attorney ID #2790038
Kimmel & Silverman, P.C
1001 Avenue of the Americas, 12th Floor
New York, NY 10018
Phone: (212) 719-7543
Facsimile: (877) 617-2515
Email: kimmel@creditlaw.com
Attorney for Plaintiff